IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 11-CV-224 <br> ) |
| $3,945.00 UNITED STATES CURRENCY, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

ORDER FOR DEFAULT JUDGMENT AGAINST EUGENE FUSS AND JAMIE FUSS

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant $3,945.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed by Eugene Fuss or Jamie Fuss pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered against Eugene Fuss and Jamie Fuss; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Eugene Fuss and Jamie Fuss in the defendant $3,945.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

DATED: June 6, 2011

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
United States District Judge

Entered this 8th day of June 2011

_Peter Oppeneer_
PETER OPPENEER, Clerk of Court
United States District Court

2